## CLARK *against* BELDEN.

Where the
plaintiff obtains
a rule to amend
his declaration,
by changing the
venue, the no-
tice of trial has
no effect, nor is
the defendant
bound to take
notice of it, un-
til he has re-
ceived notice of
the change of
venue.

ON the first day of the last *May* term, the plaintiff obtained a rule to amend his declaration, by changing the venue from the county of *Albany* to the county of *Oneida*, and on the same day, being the 7th of *May*, delivered a notice of trial to the *agent* of the defendant's attorney, in *New-York*, for the *Oneida* circuit, to be held on the *eleventh* day of *June*. A copy of the rule, and notice that the declaration had been amended accordingly, was served on the agent of the defendant's attorney, in *Utica*, on the 29th of *May*. It appeared that the defendant resided above one hundred miles from the place of trial. The plaintiff's attorney, pursuant to the notice of trial, proceeded and took an inquest by default, at the *Oneida* circuit.

*Tracy,* for the defendant, now moved to set aside the inquest, on the ground that notice of the amendment and change of venue was not served on the agent twenty-eight days before the time of trial.

*Johnson,* contra.

*Per Curiam.* The service of the notice of trial had no effect, nor was the defendant bound to take notice of it, until he had received notice of the change of venue ; and when that was, in fact, given to the agent of the defendant's attorney, there were not twenty-eight days before the *Oneida* circuit. The motion is granted.

Motion granted.(*a*)

(*a*) *Vide Smith* v. *Sharp,* 13 *Johns. Rep.* 466. *Root* v. *Taylor,* 18 *Johns. Rep.* 335.